[Nos. 30908-1-I; 30929-3-I; Division One. August 9, 1993.] 30931-5-I.

THE STATE OF WASHINGTON, *Appellant*, v. SHARON FAY NIESSINK, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 90-1-00509-1, John F. Wilson, J., entered May 27, 1992. *Reversed* by unpublished per curiam opinion.

[No. 28465-7-I. Division One. August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04927-9, Anthony P. Wartnik, J., entered May 20, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 30373-2-I. Division One. August 9, 1993.]

*In the Matter of the Estate of*
ABRAHAM PALUCCI.

SHARRON KENNEDY, *Appellant*, v. JAMES PAOLUCCI, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-4-00707-7, Robert H. Alsdorf, J., entered March 4, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Forrest, JJ.